## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RICHARD GEORGE SCHMIDT, M.D. | : | No. 184 MAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| STEVEN LEBOON & CASSANDRA | : | |
| LEBOON | : | |
| | : | |
| | : | |
| PETITION OF: STEVEN LEBOON | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.